UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPARROW FUND MANAGEMENT, LP,<br><br>                              Plaintiff,<br><br>v.<br><br>MIMEDX GROUP, INC.,<br><br>                              Defendant. | Case No.:  21-cv-01615-LAB (DEB)<br><br>**ORDER REQUIRING COMPLIANCE WITH CHAMBERS RULES AND SETTING BRIEFING SCHEDULE FOR MOTION TO ENFORCE SUBPOENA**<br><br>**[DKT. NO. 2]** |

Before the Court is Plaintiff's Motion to Enforce Out of District Subpoena for Document Production to Third-Party Axos Financial (fka BOFI Federal Bank); Motion to Transfer Venue; and Motion to Disqualify Counsel. Dkt. No. 2. On or before **October 1, 2021**, counsel must meet and confer, by video conference,[1] regarding (1) all disputed issues raised in the Motion to Enforce Subpoena filed by Plaintiff, and (2) whether Plaintiff's Motion should be transferred to the U.S. District Court Southern District of New York. *See* Fed. R. Civ. P. 45(f).

---

[1] Under no circumstances may counsel satisfy the "meet and confer" obligation by written correspondence alone. Counsel must thoroughly meet and confer and must make every effort to resolve all disputes without the necessity of further court intervention.

If the Plaintiff and third-party Axos Financial Inc. fka BOFI Federal Bank ("Axos") have not resolved their dispute through the meet and confer process, counsel shall file and lodge with Magistrate Judge Daniel E. Butcher's chambers a joint statement entitled "Joint Motion for Determination of Discovery Dispute" ("Joint Motion"). The Joint Motion is to include: (1) a declaration of compliance with the meet and confer requirement; (2) a statement by Axos regarding whether it consents to the transfer of Plaintiff's Motion to Enforce to the issuing court; and (3) points and authorities (not to exceed 10 pages per side) in which each side succinctly addresses all issues that remain in dispute at the conclusion of meet and confer efforts. The Joint Motion will supersede Plaintiff's Motion to Enforce Subpoena and should set forth in full both sides' positions as to all disputed issues. This filing will be the only briefing the Court will consider. Any exhibits accompanying the Joint Motion must also be filed; however, counsel may not attach copies of any meet and confer correspondence to the Joint Motion. Unless the Court directs otherwise, this matter will be resolved without oral argument.

**IT IS SO ORDERED.**

Dated: September 17, 2021

Honorable Daniel E. Butcher
United States Magistrate Judge